UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
HYDRO NET LLC, :
: Civil Action No. 21-cv-02773 (LJL)
Plaintiff, :
: **MOTION FOR ADMISSION**
-v- : ***PRO HAC VICE* OF MICHAEL**
: **A. PARKS**
BLACKBERRY CORPORATION, :
:
Defendant. :
:
-------------------------------------------------------------------X

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, and the accompanying affidavit and Certificate of Good Standing from the State Bar of Illinois where I am admitted to the practice of law, I, Michael A. Parks, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendant BlackBerry Corporation in the above-captioned action.

Dated: Chicago, Illinois
July 29, 2021

*/s/ Michael A. Parks*
_____
Michael A. Parks
Thompson Coburn LLP
55 East Monroe Street, 37th Floor
Chicago, IL 60603
Telephone: 312-346-7500
Facsimile: 312-580-2201
Email: MParks@thompsoncoburn.com

*Counsel for BlackBerry Corporation*