**THOMPSON COBURN HAHN & HESSEN LLP**
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400
Steven J. Mandelsberg
smandelsberg@thompsoncoburn.com

**THOMPSON COBURN LLP**
55 East Monroe Street, 37th Floor
Chicago, Illinois 60603
Telephone: 312-346-7500
Facsimile: 312-580-2201
Michael A. Parks (*pro hac vice* motion pending)
mparks@thompsoncoburn.com

*Attorneys for Defendant BlackBerry Corporation*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

| | |
|---|---|
| HYDRO NET LLC, | Civil Action No. 21-cv-02773 (LJL) |
| Plaintiff, | **AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*** |
| -v- | |
| BLACKBERRY CORPORATION, | |
| Defendant. | |

-----------------------------------------------------------------X

I, Michael A. Parks, being duly sworn, deposes and says:

1. I respectfully submit this Affidavit in support of my motion for admission, *pro hac vice*, to this Court to represent Defendant BlackBerry Corporation in this action.

2. I certify that I am a member in good standing of the bar in the State of Illinois. Attached as Exhibit A is a certified copy of a Certificate of Good Standing from the Illinois State Bar dated July 27, 2021. I am also a member in good standing of the U.S. District Court

for the Northern District of Illinois, the U.S. District Court for the Eastern District of Michigan, the U.S. District Court for the Eastern District of Texas, the U.S. District Court for the Northern District of Texas, the U.S. District Court for the Eastern District of Wisconsin, the U.S. Court of Appeals 7th Circuit, the U.S. Court of Appeals 9th Circuit, and the U.S. Court of Appeals Federal Circuit.

3. I am associated with co-counsel of record, Steven J. Mandelsberg and Danielle L. Bauer of Thompson Coburn Hahn & Hessen LLP, each of whom is a member in good standing of the New York State Bar and of this Court.

4. I have never been and am not presently subject to any disciplinary proceedings. I have never been censured, suspended, disbarred or denied admission or readmission by any court, and I have I ever been convicted of a felony.

5. I am familiar with and shall comply with the standards of professional conduct imposed upon members of the New York State Bar, including the rules of court governing the conduct of attorneys and the Rules of Professional Conduct, and shall be subject to the jurisdiction of the courts of the State of New York with respect to any acts occurring during the course of my participation in the above-captioned matter. I shall also be subject to all disciplinary rules and regulations of the courts of the State of New York, and will notify this Court immediately of any matter affecting my standing with the Illinois State Bar.

*[remainder of page intentionally left blank]*

6.  I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: Chicago, Illinois
July 29, 2021

*[signature: Michael A. Parks]*

---

Michael A. Parks
Thompson Coburn LLP
55 East Monroe Street, 37th Floor
Chicago, IL 60603
Telephone: 312-346-7500
Facsimile: 312-580-2201
Email: MParks@thompsoncoburn.com

*Counsel for BlackBerry Corporation*

SWORN TO AND SUBSCRIBED before me this 30 day of July 2021.

*[signature]*
_____
Notary Public

OFFICIAL SEAL
BRIAN G BLINSTRUP
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/09/24