UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
HYDRO NET LLC,

                      Plaintiff,

    -v-

BLACKBERRY CORPORATION,

                      Defendant.
-----------------------------------------------------------------X

Civil Action No. 21-cv-02773 (LJL)

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Michael A. Parks to be admitted, *pro hac vice*, to represent Defendant *BlackBerry Corporation* ("BlackBerry"), and upon the movant's certification that the movant is a member in good standing of the bar of the State of Illinois, and the bars of U.S. District Court for the Northern District of Illinois, the U.S. District Court for the Eastern District of Michigan, the U.S. District Court for the Eastern District of Texas, the U.S. District Court for the Northern District of Texas, the U.S. District Court for the Eastern District of Wisconsin, the U.S. Court of Appeals 7th Circuit, the U.S. Court of Appeals 9th Circuit, and the U.S. Court of Appeals Federal Circuit, it is hereby

ORDERED, that Michael A. Parks, Esq. is admitted to practice, *pro hac vice*, in the above-referenced action to represent BlackBerry, in the United States District Court for the Southern District of New York, provided that the required filing fee has been paid.

Dated: New York, New York
July ____, 2021

_____
UNITED STATES DISTRICT COURT JUDGE