```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
HYDRO NET LLC,                                                    :
                                                                  :
                        Plaintiff,                                :
                                                                  :         21-cv-2773 (LJL)
        -v-                                                       :
                                                                  :              ORDER
BLACKBERRY CORPORATION,                                           :
                                                                  :
                        Defendant.                                :
                                                                  :
------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      The Court held an initial pre-trial conference on August 4, 2021.  After Plaintiff failed to appear for over fifteen minutes (even after counsel's office had been contacted), the Court adjourned the conference and the entry of a case management plan sine die and without prejudice to Plaintiff making an application for a conference.  Defendant shall file its motion to dismiss by August 18, 2021, seeking any relief to which it believes it is entitled in good faith.

      SO ORDERED.

Dated: August 4, 2021
       New York, New York

                                                                 LEWIS J. LIMAN
                                                  United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/4/2021